# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 SEP 10 AM 8:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

FIDEL BERRIOS DIAZ, et al

Plaintiffs

vs.

COMMONWEALTH OF PR, et al

Defendants

Civil 97-2258 (PG)

## ORDER

It appears from the docket of this case that no action has been taken since May 11, 1998. WHEREFOR, this case is hereby DISMISSED, with prejudice, for lack of prosecution.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10th day of September, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



(1)

AO 72A
(Rev. 8/82)