ENTERED ON DOCKET
9/20/99 PURSUANT
TO FRCP RULES 58 & 79

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

FIDEL BERRIOS DIAZ, ET AL.,

    Plaintiffs

v.                                             Civ. No. 97-2258(PG)

COMMONWEALTH OF PUERTO RICO,
ET AL.,

    Defendant

RECEIVED & FILED
99 SEP 28 PM 4:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

### J U D G M E N T

The Court having entered an order dismissing the case for lack of prosecution, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.

San Juan, Puerto Rico, September 28, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

